**FILED**

06/15/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0096

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0096

AARON OLIPHANT,

Defendant and Appellant,

v.

STATE OF MONTANA,

Plaintiff and Appellee.

## ORDER GRANTING MOTION TO WITHDRAW APPEAL

On Appeal from the Montana First Judicial District Court,
Lewis & Clark County, the Honorable Mike Menehan, Presiding

GOOD CAUSE APPEARING, Appellant, Aaron Oliphant's Motion to Withdraw Appeal in the above-entitled matter is GRANTED.

_____     _____
Date                                                        Justice of the Montana Supreme Court

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 15 2022